■ ROSELLI MOVERS, Respondent, v STATE OF NEW YORK, Appellant. [641 NYS2d 563] —In a claim pursuant to Court of Claims Act § 10 (6), the defendant appeals from an order of the Court

of Claims (Mega, J.), dated December 5, 1994, which granted the claimant's motion for leave to file a late claim.

Ordered that the order is affirmed, with costs.

We reject the defendant's contention that the claimant must litigate this dispute, which arose from a written contract to perform services, in a CPLR article 78 proceeding (*see*, Court of Claims Act § 9 [2]; *Granger & Sons v Comptroller of State of N. Y.*, 220 AD2d 945; *May v State of New York*, 86 AD2d 898, *affd* 57 NY2d 505; *Matter of Dominick Dan Alonzo, Inc. v State of New York*, 73 AD2d 760; *cf., Matter of Rye Psychiatric Hosp. Ctr. v State of New York*, 177 AD2d 834; *Sidoti v State of New York*, 115 AD2d 202). Mangano, P. J., Thompson, Florio and McGinity, JJ., concur.